IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-32654 |
| | ) | |
| CHRISTOPHER K. SMEATON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Christopher K. Smeaton (the "Debtor"), by her attorneys, Frank/Gecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Don Dodge and American Auction Associates, Inc. and states as follows:

1. Pursuant to Court Order dated April 5, 2011 (the "Order"), Trustee was authorized to employ Donald Dodge and American Auction Associates, Inc. (collectively, "Don Dodge") as her auctioneer to liquidate the Debtor's 2000 Ford Econoline E150 Cargo Van and 2005 Chevrolet Express 2500 Cargo Van 3D (collectively, the "Vehicles") (see Exhibit A).

2. The attached Exhibit B lists the dates and amounts of the Vehicles sold at the auction held on April 23, 2011.

3. During this period, the gross sales were $6,750.00 (the "Sale Proceeds").

4. Don Dodge received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Vehicles, or $675.00.

5. Pursuant to the Sale Order, Don Dodge was authorized reimbursement of his expenses and costs of the auction up to $1,500.00.

6.    Don Dodge incurred $958.44 in auction expenses for the auction held on February April 23, 2011 (see <u>Exhibit B</u>). The Trustee will pay the auction expenses from the Sale Proceeds. Therefore, the net sale proceeds for the sale of two of the three Vehicles at auction held on February 27, 2010 were $5,791.56.

Dated: May 6, 2011.

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of CHRISTOPHER K. SMEATON,

By:   <u>/s/    William G. Cross</u>
        One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
William G. Cross (IL ARDC # 6299574)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com
wcross@fgllp.com

{TRUSTEE\001\00026440.DOC\}