# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMEATON, CHRISTOPHER K. | § | Case No. 10-32654 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/31/2012 in Courtroom 642,

Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012 _____    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMEATON, CHRISTOPHER K. | § | Case No. 10-32654 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,550.49 |
| and approved disbursements of | $ | 984.77 |
| leaving a balance on hand of[1] | $ | 7,565.72 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,605.05 | $ 0.00 | $ 1,605.05 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 3,073.50 | $ 0.00 | $ 3,073.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 21.45 | $ 0.00 | $ 21.45 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.31 | $ 7.31 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,700.00 |
| Remaining Balance | $ | 2,865.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,233.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CONSOLIDATED RECOVERY GROUP | $ 161.20 | $ 0.00 | $ 5.62 |
| 000002 | CHASE BANK USA, N.A. | $ 12,366.32 | $ 0.00 | $ 430.95 |
| 000003 | CHASE BANK USA, N.A. | $ 6,581.08 | $ 0.00 | $ 229.34 |
| 000004 | CHASE BANK USA, N.A. | $ 22,501.93 | $ 0.00 | $ 784.16 |
| 000005 | CHASE BANK USA, N.A. | $ 17,296.39 | $ 0.00 | $ 602.76 |
| 000006 | ADVANTA BANK CORPORATION | $ 7,261.84 | $ 0.00 | $ 253.07 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 11,578.75 | $ 0.00 | $ 403.50 |
| 000008 | GE MONEY BANK | $ 4,485.80 | $ 0.00 | $ 156.32 |

| Total to be paid to timely general unsecured creditors | $ | 2,865.72 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 10-32654-TAB
Christopher K. Smeaton                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 3          Date Rcvd: Jun 27, 2012
                             Form ID: pdf006         Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2012.
db           #Christopher K. Smeaton,   1430 West Polk Street,   Chicago, IL  60607-4017
aty           Zane L Zielinski,   Frank/Gecker LLP,   325 North LaSalle Street,   Suite 625,
              Chicago, IL  60610
15887325      ADT Security Services,   P.O. Box 650485,   Dallas, TX  75265-0485
15887326      Advanta Credit Cards For Small Business,   P.O. Box 8088,   Philadelphia, PA  19101-8088
15887327     +Beacon Medical Services,   3033 South Parker Road, Suit 800,   Aurora, CO  80014-2938
15887328     +Capital One,   Box 105474,   Atlanta, GA  30348-5474
15887329      Capital One Bank (USA), N.A.,   P.O. Box 6492,   Carol Stream, IL  60197-6492
15887330     +Carepoint Emergency Physicians,   C/O Beacon Medical Services,
              3033 South Parker Road, Suite 800,   Aurora, CO  80014-2938
15887331     +Carepoint, P.C.,   P.O. Box 3495,   Toledo, OH  43607-0495
15887333      Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
15887332      Chase,   Box 9001020,   Louisville, KY  40290-1020
15887334     +Chase Bank,   C/O Legal Department,   131 South Dearborn Street, Floor 5,
              Chicago, IL  60603-5571
17361129      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE  19850-5145
15887336     #+CitiMortgage, Inc.,   P.O. Box 6006,   The Lakes, NV  88901-6006
15887335      Citibusiness Card,   P.O. Box 688901,   Des Moines, IA  50368-8901
15887337      Consolidated Recovery Group,   425 West Fifth Avenue, Suite 103,   Escondido, CA  92025-4843
15887338      Consolidated Recovery Group, Inc.,   Suite 103,   425 West Fifth Avenue,
              Escondido, CA  92025-4843
15887339      Diners Club,   P.O. Box 6003,   The Lakes, NV  88901-6003
15887340      Diversified Radiology Of CO, P.C.,   P.O. Box 173840,   Denver, CO  80217-3840
17630220      GE Money Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,
              Miami FL 33131-1605
15887348      HSBC Business Solutions,   P.O. Box 5219,   Carol Stream, IL  60197-5219
15887345     +Hauselman, Rappin, & Olswang, Ltd.,   Suite 1105,   39 South LaSalle Street,
              Chicago, IL  60603-1720
15887346     +Home Depot,   Box 2545,   Houston, TX  77252-2545
15887347     #Home Depot Credit Services,   Box 6031,   The Lakes, NV  88901-6031
15887349      Innovative Merchant Solutions, et al,   C/O Consolidate Recovery Group,
              425 West Fifth Avenue, Suite 103,   Escondido, CA  92025-4843
15887350     +Jackson Wabash,   1 Independent Drive, Suite 800,   Jacksonville, FL  32202-5007
15887324      Law Office Of Timothy K Liou,   Suite 361 575 West Madison Street,   Chicago, IL  60661-2614
15887351      Leaf,   Box 644006,   Cincinnati, OH  45264-4006
15887352      Menard, Inc.,   Retail Service,   P O Box 17602,   Baltimore, MD  21297-1602
15887353     +Mountain ViewInterpretation Group,   3464 South Willow Street #172,   Denver, CO  80231-4531
15887354     +Office Depot Credit Plan,   Dept. 56-840232383G,   P.O. Box 689020,   Des Moines, IA  50368-9020
17567219     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
              (Capital One National Association),   POB 41067,   Norfolk VA 23541)
15887357      Platinum America,   Box 23029,   Columbus, GA  31902-3029
15887360     +Rush University Internists,   75 Remittance Drive, Deptartment 1611,   Chicago, IL  60675-1611
15887361     +Rush University Medical Center,   P.O. Box 4075,   Carol Stream, IL  60197-4075
15887323      Smeaton Christopher K,   1430 West Polk Street,   Chicago, IL  60607-4017
15887362     +Tate & Kirlin Associates,   2810 Southampton Road,   Philadelphia, PA  19154-1207
15887363      Unipath, PC PCCL,   P.O. Box 30309,   Charleston, SC  29417-0309
15887365      United Mileage Plus,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
15887366     +University Surgeons,   1725 West Harrison Street, Suite 810,   Chicago, IL  60612-3863
15887367      XM Satellite Radio,   Box 9001399,   Louisville, KY  40290-1399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17379053      E-mail/Text: bkr@cardworks.com Jun 28 2012 00:48:31   Advanta Bank Corporation,
              c/o Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
15887341      E-mail/Text: ebn@fmins.com Jun 28 2012 00:49:26   Frankenmuth Insurance,   1 Mutual Avenue,
              Frankenmuth, MI  48787-0001
15887343      E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2012 02:35:38   GE Money Bank,   Box 981127,
              El Paso, TX  79998-1127
15887342      E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2012 02:35:38   GE Money Bank,   P.O. Box 960061,
              Orlando, FL  32896-0061
15887344      E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2012 00:48:51
              General Motors Acceptance Corporation,   Box 7041,   Troy, MI  48007-7041
15887356      E-mail/Text: bankruptcy@pb.com Jun 28 2012 00:48:02   Pitney Bowes,   1 Elmcroft Road,
              Stamford, CT  06926-0700
15887355      E-mail/Text: bankruptcy@pb.com Jun 28 2012 00:48:02   Pitney Bowes,   Purchase Power,
              Box 856042,   Louisville, KY  40285-6042
15887358      E-mail/Text: bankruptcy@proconsrv.com Jun 28 2012 00:50:26   Pro Consulting Services, Inc.,
              Collection Division,   P.O. Box 66768,   Houston, TX  77266-6768
15887359      E-mail/Text: bankruptcy@pb.com Jun 28 2012 00:48:02   Purchase Power,
              First Express Remittance Processing,   5101 Interchange Way,   Louisville, KY  40229-2161
                                                                                        TOTAL: 9

```
District/off: 0752-1           User: bchavez          Page 2 of 3          Date Rcvd: Jun 27, 2012
                               Form ID: pdf006        Total Noticed: 50
```

                    ***** BYPASSED RECIPIENTS (continued) *****

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15887364*       Unipath, PC PCCL,   Box 30309,   Charleston, SC  29417-0309
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**                **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: bchavez          Page 3 of 3          Date Rcvd: Jun 27, 2012
                              Form ID: pdf006         Total Noticed: 50

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor  CitiMortgage, Inc. dolswang@hrolaw.com,
           rarredondo@hrolaw.com
          Timothy K. Liou    on behalf of Debtor Christopher Smeaton tl@filenow.com,   sv@filenow.com,
           kg@filenow.com,mb@filenow.com,cm@filenow.com,mr@filenow.com
          William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com
                                                                               TOTAL: 5