UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SMEATON, CHRISTOPHER K. | § § § | Case No. 10-32654 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Box 9001020 Louisville, KY 40290-1020 | | | | | |
| | CitiMortgage, Inc. P.O. Box 6006 The Lakes, NV 88901 | | | | | |
| | General Motors Acceptance Corporation Box 7041 Troy, MI 48007-7041 | | | | | |
| | Hauselman, Rappin, & Olswang, Ltd. Suite 1105 39 South LaSalle Street Chicago, IL 60603 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANK/GECKER LLP | | | | | |
| AUCTIONEER EXPENSES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | ADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | Beacon Medical Services 3033 South Parker Road, Suit 800 Aurora, CO 80014 | | | | | |
| | Capital One Box 105474 Atlanta, GA 30348 | | | | | |
| | Carepoint P.C. P.O. Box 3495 Toledo, OH 43607 | | | | | |
| | Chase Bank C/O Legal Department 131 South Dearborn Street, Floor 5 Chicago, IL 60603 | | | | | |
| | Citibusiness Card P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | Consolidated Recovery Group, Inc. Suite 103 425 West Fifth Avenue Escondido, CA 92025-4843 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diners Club P.O. Box 6003 The Lakes, NV  88901-6003 | | | | | |
| | Diversified Radiology Of CO, P.C. P.O. Box 173840 Denver, CO  80217-3840 | | | | | |
| | Diversified Radiology Of CO, P.C. P.O. Box 173840 Denver, CO  80217-3840 | | | | | |
| | Frankernmuth Insurance 1 Mutual Avenue Frankenmuth, MI  48787-0001 | | | | | |
| | GE Money Bank Box 981127 El Paso, TX  79998-1127 | | | | | |
| | HSBC Business Solutions P.O. Box 5219 Carol Stream, IL  60197-5219 | | | | | |
| | Home Depot Credit Services Box 6031 The Lakes, NV 88901-6031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Innovative Merchant Solutions, et al C/O Consolidate Recovery Group 425 West Fifth Avenue, Suite 103 Escondido, CA  92025-4843 | | | | | |
| | Jackson Wabash 1 Independent Drive, Suite 800 Jacksonville, FL  32202 | | | | | |
| | Leaf Box 644006 Cincinnati, OH  45264-4006 | | | | | |
| | Menard, Inc. Retail Service P O Box 17602 Baltimore, MD  21297-1602 | | | | | |
| | Mountain ViewInterpretation Group 3464 South Willow Street #172 Denver, CO  80231-4531 | | | | | |
| | Office Depot Credit Plan Dept. 56-8402323836 P.O. Box 689020 Des Moines, IA  50368-9020 | | | | | |
| | Pitney Bowes 1 Elmcroft Road Stamford, CT  06926-0700 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes Purchase Power Box 856042 Louisville, KY 40285-6042 | | | | | |
| | Platinum America Box 23029 Columbus, GA  31902-3029 | | | | | |
| | Pro Consulting Services, Inc. Collection Division P.O. Box 66768 Houston, TX  77266-6768 | | | | | |
| | Purchase Power First Express Remittance Processing 5101 Interchange Way Louisville, KY  40229-2161 | | | | | |
| | Rush University Internists 75 Remittance Drive, Deptartment 1611 Chicago, IL 60675-1611 | | | | | |
| | Rush University Medical Center P.O. Box 4075 Carol Stream, IL  60197-4075 | | | | | |
| | Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA  19154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unipath, PC PCCL Box 30309 Charleston, SC  29417-0309 | | | | | |
| | Unipath, PC PCCL P.O. Box 30309 Charleston, SC  29417-0309 | | | | | |
| | University Surgeons 1725 West Harrison Street, Suite 810 Chicago, IL  60612 | | | | | |
| | XM Satellite Radio Box 9001399 Louisville, KY  40290-1399 | | | | | |
| 000006 | ADVANTA BANK CORPORATION | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000001 | CONSOLIDATED RECOVERY GROUP | | | | | |
| 000008 | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-32654   TAB   Judge: Timothy A. Barnes | | Trustee Name: | Frances Gecker | |
|---|---|---|---|---|---|
| Case Name: | SMEATON, CHRISTOPHER K. | | Date Filed (f) or Converted (c): | 07/22/10 (f) | |
| | | | 341(a) Meeting Date: | 09/21/10 | |
| For Period Ending: | 06/26/12 | | Claims Bar Date: | 08/09/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's primary residence commonly known as 1430  Debtor Claimed Exemption | 675,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account held by North Community Bank  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking for General Contract Management, Inc. acc  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous depreciated household goods and furn  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel and shoes  Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 6. 100% of shares of stock of The Rehabber Group (has  Debtor Claimed Exemption | 1.00 | 0.00 | | 0.00 | FA |
| 7. 100% shares of stock of American Rehabber Services  Debtor Claimed Exemption | 500.00 | 1.00 | | 0.00 | FA |
| 8. Interest in Wells Hubbard Cabinetry, Inc.  Debtor Claimed Exemption | 750.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Ford Econoline E150 Cargo Van with 85K miles, | 600.00 | 600.00 | | 1,000.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-32654 | TAB | Judge: Timothy A. Barnes | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SMEATON, CHRISTOPHER K. | | | | Date Filed (f) or Converted (c): | 07/22/10 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/10 |
| | | | | | Claims Bar Date: | 08/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 2002 Chevrolet Express 1500 Cargo Van with 120K mi | 800.00 | 800.00 | | 300.00 | FA |
| 11. 2004 Chevrolet Suburban 1500 with 120K miles  Debtor Claimed Exemption | 6,200.00 | 3,800.00 | | 1,500.00 | FA |
| 12. 2005 Chevrolet Express 2500 Cargo Van 3D with 80K | 6,190.00 | 6,190.00 | | 5,750.00 | FA |
| 13. 2007 Chevrolet Silverado 1500 Crew Cab LT Pickup 4 | 10,810.00 | 10,810.00 | DA | 0.00 | FA |
| 14. Remodeling/ contracting equipment (tools of trade)  Debtor Claimed Exemption | 750.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.49 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $702,901.00 | $22,201.00 | | $8,550.49 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A FINAL REPORT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 04/20/12

/s/     Frances Gecker

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-32654    TAB    Judge: Timothy A. Barnes | Trustee Name: Frances Gecker |
| Case Name: | SMEATON, CHRISTOPHER K. | Date Filed (f) or Converted (c): 07/22/10 (f) |
| | | 341(a) Meeting Date: 09/21/10 |
| | | Claims Bar Date: 08/09/11 |

_____ Date: 06/26/12

FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-32654 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | SMEATON, CHRISTOPHER K. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5171 MONEY MARKET |
| Taxpayer ID No: | *******0735 | | | |
| For Period Ending: | 09/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/11 | 11 | Christopher Smeaton, Money Order | 2004 Chev Suburban 1500 | 1129-000 | 500.00 | | 500.00 |
| 04/12/11 | 11 | Christopher Smeaton, Money Order | 2004 Chev Suburban 1500 | 1129-000 | 500.00 | | 1,000.00 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,000.01 |
| 05/05/11 | * NOTE * | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455  Memo Amount: 6,750.00  * NOTE * Properties 9, 12 Memo Amount: ( 958.44 ) AUCTIONEER EXPENSES | 2000 Ford Van/2005 Chev. Van | 1129-000  3620-000 | 5,791.56 | | 6,791.57 |
| 05/09/11 | 11 | Christopher Smeaton, Money Order | 2004 Chev Suburban 1500 | 1129-000 | 500.00 | | 7,291.57 |
| 05/27/11 | 10 | Christopher Smeaton, Money Order | 2002 Chev. Express 1600 Cargo Van | 1129-000 | 300.00 | | 7,591.57 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,591.62 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,591.68 |

Page Subtotals  7,591.68  0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32654 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | SMEATON, CHRISTOPHER K. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5171 MONEY MARKET |
| Taxpayer ID No: | *******0735 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,591.74 |
| 08/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,591.81 |
| 09/30/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,591.87 |
| 10/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,591.93 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.67 | 7,582.26 |
| 11/30/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,582.32 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.35 | 7,572.97 |
| 12/29/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,573.03 |
| 12/29/11 | | Transfer to Acct #*******2525 | Bank Funds Transfer | 9999-000 | | 7,573.03 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 6,750.00 | COLUMN TOTALS | | 7,592.05 | 7,592.05 | 0.00 |
| Memo Allocation Disbursements: | 958.44 | Less: Bank Transfers/CD's | | 0.00 | 7,573.03 | |
| | | Subtotal | | 7,592.05 | 19.02 | |
| Memo Allocation Net: | 5,791.56 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,592.05 | 19.02 | |

Page Subtotals 0.37 7,592.05

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32654 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | SMEATON, CHRISTOPHER K. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2525  GENERAL CHECKING |
| Taxpayer ID No: | *******0735 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5171 | Bank Funds Transfer | 9999-000 | 7,573.03 | | 7,573.03 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 7.31 | 7,565.72 |
| 08/01/12 | 001001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,605.05 | 5,960.67 |
| 08/01/12 | 001002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees          3,073.50<br>Expenses         21.45 | <br><br><br><br>3110-000<br>3120-000 | | 3,094.95 | 2,865.72 |
| 08/01/12 | 001003 | CONSOLIDATED RECOVERY GROUP 425 WEST FIFTH AVENUE, SUITE 103 ESCONDIDO, CA 92025-4843 | Claim 000001, Payment 3.49% | 7100-000 | | 5.62 | 2,860.10 |
| 08/01/12 | 001004 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000002, Payment 3.48% | 7100-000 | | 430.95 | 2,429.15 |

Page Subtotals                              7,573.03        5,143.88

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32654 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | SMEATON, CHRISTOPHER K. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2525 GENERAL CHECKING |
| Taxpayer ID No: | *******0735 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/12 | 001005 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 3.48% | 7100-000 | | 229.34 | 2,199.81 |
| 08/01/12 | 001006 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 3.48% | 7100-000 | | 784.16 | 1,415.65 |
| 08/01/12 | 001007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 3.48% | 7100-000 | | 602.76 | 812.89 |
| 08/01/12 | 001008 | ADVANTA BANK CORPORATION<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Claim 000006, Payment 3.48% | 7100-000 | | 253.07 | 559.82 |
| 08/01/12 | 001009 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>(CAPITAL ONE NATIONAL ASSOCIATION)<br>POB 41067<br>NORFOLK VA 23541 | Claim 000007, Payment 3.48% | 7100-000 | | 403.50 | 156.32 |
| 08/01/12 | 001010 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000008, Payment 3.48% | 7100-000 | | 156.32 | 0.00 |

Page Subtotals     0.00     2,429.15

Ver: 16.06f

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32654 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | SMEATON, CHRISTOPHER K. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2525 GENERAL CHECKING |
| Taxpayer ID No: | *******0735 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,573.03 | 7,573.03 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,573.03 | 0.00 | |
| | | Subtotal | 0.00 | 7,573.03 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 7,573.03 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 6,750.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 958.44 | MONEY MARKET - ********5171 | 7,592.05 | 19.02 | 0.00 |
| | | GENERAL CHECKING - ********2525 | 0.00 | 7,573.03 | 0.00 |
| Total Memo Allocation Net: | 5,791.56 | | ---------- | ---------- | ---------- |
| | | | 7,592.05 | 7,592.05 | 0.00 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: __/s/ Frances Gecker_____ Date: 09/18/12
FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*